# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-663-305**

Effective date of registration:

February 4, 2013

---

## Title

Title of Work: THE NECESSARY DEATH OF CHARLIE COUNTRYMAN
Nature of Work: MOTION PICTURE

## Completion/Publication

Year of Completion: 2013

## Author

Author: COUNTRYMAN NEVADA, LLC
Work made for hire: Yes
Citizen of: United States
Anonymous: No        Pseudonymous: No

## Copyright claimant

Copyright Claimant: COUNTRYMAN NEVADA, LLC
6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim

Material excluded from this claim: A SCREENPLAY
Previously registered: Yes
Previous registration and year: TXu 1-808-502   2012
New material included in claim: ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL EFFECTS, DIALOGUE, ETC

## Certification

Name: NICOLAS CHARTIER
Date: January 23, 2013

Page 1 of 1

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|----|----|----|----|----|----|----|----|
| 1 | 24.7.211.79 | 1/16/14 09:39:49 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Darien |
| 2 | 24.1.211.153 | 1/16/14 08:53:46 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Streamwood |
| 3 | 98.223.137.166 | 1/16/14 08:07:39 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Crystal Lake |
| 4 | 50.201.148.18 | 1/16/14 05:23:05 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Woodstock |
| 5 | 50.179.221.162 | 1/16/14 04:14:53 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago Heights |
| 6 | 76.23.68.177 | 1/16/14 01:41:53 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Waukegan |
| 7 | 24.12.142.228 | 1/16/14 12:55:14 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 8 | 50.77.147.190 | 1/16/14 12:33:37 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Business Comm | Illinois | Chicago |
| 9 | 98.212.179.7 | 1/16/14 07:45:22 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Grayslake |
| 10 | 98.227.31.13 | 1/16/14 06:53:28 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Palatine |
| 11 | 67.167.213.174 | 1/16/14 05:44:46 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 12 | 98.220.114.120 | 1/16/14 04:29:46 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 13 | 24.1.32.217 | 1/16/14 03:16:17 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Burbank |
| 14 | 67.174.131.244 | 1/16/14 03:13:20 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 15 | 98.227.154.95 | 1/16/14 02:53:21 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 16 | 50.140.184.17 | 1/16/14 01:45:11 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 17 | 50.179.145.111 | 1/16/14 01:38:36 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 18 | 67.184.140.144 | 1/16/14 01:34:20 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Aurora |
| 19 | 71.194.82.105 | 1/16/14 12:44:44 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Bloomingdale |
| 20 | 70.89.241.82 | 1/16/14 12:44:28 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Business Comm | Illinois | Plainfield |
| 21 | 50.178.27.211 | 1/16/14 12:43:29 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Wheaton |
| 22 | 98.227.116.73 | 1/15/14 11:58:59 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 23 | 67.167.98.3 | 1/15/14 11:56:19 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Park |
| 24 | 50.151.192.168 | 1/15/14 10:29:18 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 25 | 50.151.54.227 | 1/15/14 10:26:11 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 26 | 73.50.42.210 | 1/15/14 10:05:42 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 27 | 50.165.147.38 | 1/15/14 10:00:11 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 28 | 50.179.211.132 | 1/15/14 08:48:46 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Streamwood |
| 29 | 50.158.133.158 | 1/15/14 08:07:54 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Glen Ellyn |
| 30 | 67.163.21.90 | 1/15/14 06:26:25 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Waukegan |
| 31 | 162.17.44.69 | 1/15/14 06:05:16 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Business Comm | Illinois | Villa Park |
| 32 | 71.239.142.121 | 1/15/14 05:33:51 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Mchenry |
| 33 | 98.227.140.211 | 1/15/14 05:17:22 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 34 | 71.201.233.90 | 1/15/14 04:56:23 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Villa Park |
| 35 | 24.14.93.97 | 1/15/14 04:30:46 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Park |
| 36 | 98.213.89.20 | 1/15/14 04:04:39 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Lansing |
| 37 | 98.226.6.180 | 1/15/14 01:24:42 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Mundelein |
| 38 | 71.239.173.182 | 1/15/14 12:26:35 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 39 | 68.51.76.15 | 1/15/14 10:48:54 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 40 | 98.206.116.209 | 1/15/14 10:02:22 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Forest |
| 41 | 67.184.222.247 | 1/15/14 09:16:15 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Lake Villa |
| 42 | 71.239.196.218 | 1/15/14 08:59:12 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Dolton |